IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EUGENE HARRIS, JR.                                          PLAINTIFF


        V.                          Civil No. 13-6087


CAPTAIN RONNIE BRANSTETTER,
Garland County Detention Center;
SERGEANT ANSLEY, Garland County
Detention Center; JUDGE
HOMER WRIGHT, Garland County;
and PUBLIC DEFENDER MARK FRASURE,
all in their Individual and Official
Capacities                                                 DEFENDANTS


O R D E R

On this 17th day of December 2013, there comes on for consideration the reports and recommendations filed in this case on October 22, 2013 (doc. 9) and November 26, 2013 (doc. 20), by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  No objections were filed to the reports and recommendations.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The reports and recommendations are proper and should be and hereby are adopted in their entirety.  Accordingly, Plaintiff's claims against Judge Homer Wright and Public Defender Mark Frasure are DISMISSED WITH PREJUDICE as the claims are frivolous or fail to state claims upon which relief may be granted.  28 U.S.C. § 1915(e)(2)(B)(i-ii).    Further, Plaintiff's claims against

Captain Branstetter and Sergeant Ansley are DISMISSED WITHOUT

PREJUDICE for Plaintiff's failure to prosecute this action and

failure to obey the Court's orders.  Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge